TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00176-CR







Valmy Tyrone Dawson, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT


NO. CR20,822, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. Clyde W. Chandler, is ordered to tender a brief in this cause no later than August 19, 2004. No
further extension of time will be granted.

It is ordered July 8, 2004.


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish